AO 455 (Rev. 10/95) Waiver of Indictment

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
―――――――oOo―――――――


FILED
MAR 1 3 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
 DEPUTY CLERK

UNITED STATES OF AMERICA

v.

VICTOR JOHN

**WAIVER OF INDICTMENT**

CASE NUMBER: 1:08 -cr- 00120  OWW

I, VICTOR JOHN, the above named defendant, who is accused of offering illegal gratuity to a public official, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___3/13/09___, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
VICTOR JOHN
*Defendant*

_____
ROBERT FORKNER
*Counsel for Defendant*

3-13-09

Before _____
Hon. Olivier W. Wanger
UNITED STATES DISTRICT JUDGE