1  ROBERT L. FORKNER (CSB# 166097)
   Law Offices of Robert L. Forkner
2  722 Thirteenth Street
   Modesto, California 95354
3  Telephone:  (209) 544-0200
   Fax:        (209) 544-1860
4

5  Attorneys for Defendant
   VICTOR JOHN
6

7

8
                    UNITED STATES DISTRICT COURT
9
                   EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,    )   CASE NO. 1:08-CR-120 OWW
                                )
12       Plaintiffs,            )   ORDER RE: RETURN
                                )   OF DEFENDANT'S UNITED STATES
13 vs.                          )   PASSPORT
                                )
14                              )
   VICTOR JOHN,                 )
15                              )
         Defendants.            )
16 _____)

17                              **ORDER**

18
        On April 28, 2008 the Defendant, VICTOR JOHN was released
19
   from custody on Personal Recognizance.  The defendant surrendered
20
   his United States Passport No.: 431871390 to Pre-Trial Services
21
   until the case was ordered closed.  The defendant complied and
22
   promised to appear at all proceedings as required.  On June 22,
23
   2009 the defendant's case was closed.  The restitution was paid
24
   in full and the defendant was ordered to complete probation and
25
   community service.  The defendant has now requested that his
26
   passport be returned.  Assistant United States Attorney, James R.
27

28                                1

1  **Terzian and Mr. John's probation officer have both been advised**
2  **and they have no objections.**
3       **Accordingly, IT IS HEREBY ORDERED that the defendant's**
4  **United States Passport No.: 431871390 in the above-captioned case**
5  **be returned to the defendant, VICTOR JOHN.**

IT IS SO ORDERED.

**Dated:   October 15, 2009**              **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

2