PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  1:08CR00120-01** |
| ) | |
| **Victor JOHN** ) | |
| ) | |

On June 22, 2009, the above-named was placed on probation for a term of 24 months.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Sandra K. Dash

**SANDRA K. DASH
United States Probation Officer**

Dated:      December 3, 2010
                Modesto, California
                SKD:lr

**REVIEWED BY:**      /s/ Deborah A. Spencer
                              **DEBORAH A. SPENCER
                              Supervising United States Probation Officer**

**Re:   Victor JOHN**
**Docket Number:   1:08CR00120-01**
**ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that Victor John be discharged from probation, and that the proceedings in the case be terminated.

12/6/2010                                                         /s/ OLIVER W WANGER
**Date**                                                               **Honorable Oliver W. Wanger**
                                                                              **United States District Judge**

SKD:lr
Attachment:   Recommendation
cc:   United States Attorney's Office